UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 22-cr-20104-JB

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MANUEL ANTONIO GROSSO GUARIN,

Defendant.
_________________________________/

**MOTION FOR ORDER INSTRUCTING FDC MIAMI TO FACILITATE IN-PERSON, ATTORNEY-CLIENT VISITS WITH CLIENT-INMATE**

COMES NOW, the Defendant, MANUEL ANTONIO GROSSO GUARIN (Register Number: 52738-506), by and through his undersigned counsel, Richard A. Merlino, Esquire, and respectfully requests that this Honorable Court enter an Order directing the Federal Bureau of Prisons and FDC Miami to facilitate in-person attorney-client visitation between undersigned counsel and Mr. Grosso Guarin.

Mr. Grosso Guarin is currently being held at FDC Miami. Undersigned counsel requires in-person, confidential access to Mr. Grosso Guarin in order to prepare the defense, review the discovery/case materials, discuss litigation and defense strategy, and to provide effective assistance of counsel. Therefore, undersigned counsel requests access to a private conference room designated for attorney visitation, without a glass partition separating counsel from Mr. Grosso Guarin, during visiting hours and upon undersigned counsel's request.

WHEREFORE, the Defendant, MANUEL ANTONIO GROSSO GUARIN, and undersigned counsel respectfully request that this Honorable Court grant this Motion for Order Instructing FDC Miami to Facilitate In-Person, Attorney-Client Visits with Client/Inmate and direct the Federal Bureau of Prisons to provide the Defendant, Manuel Antonio Grosso Guarin, Register Number: 52738-506, his defense counsel, and investigators full access to a private conference room designated for attorney visitation without a glass partition, at FDC Miami or any at any other facility in which Mr. Grosso Guarin may be held at pending further proceedings in this case.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished electronically by using the CM/ECF system on this 7th day of October 2026 to all persons entitled to electronic notice in this case.

Respectfully submitted,

RICHARD A. MERLINO, P.A.
*Counsel for Defendant, Manuel Grosso Guarin*
1212 East Broward Boulevard
Suite 300
Fort Lauderdale, Florida 33301
Telephone: 954-467-8989
E-Mail: richmerlinoesq@gmail.com

By: */s/ Richard A. Merlino*
Richard A. Merlino
Florida Bar: 0977640