UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,

Plaintiff, CASE NO.: 22-cr-20104-JB

vs.

MANUEL ANTONIO GROSSO GUARIN,

Defendant.
_______________________________/

**ORDER GRANTING DEFENDANT'S MOTION INSTRUCTING FDC MIAMI TO FACILITATE IN-PERSON, ATTORNEY-CLIENT VISITS WITH CLIENT-INMATE**

THIS CAUSE, having come before the Court on the Defendant, MANUEL ANTONIO GROSSO GUARIN'S Motion Instructing FDC Miami to Facilitate In-Person, Attorney-Client Visits with Client-Inmate, ECF No. 2100, and the Court having reviewed said Motion and being otherwise duly advised in the premises, it is,

**ORDERED and ADJUDGED** that the Motion is **GRANTED.**

The Federal Bureau of Prisons is hereby directed and required to provide the Defendant, Manuel Antonio Grosso Guarin, Register Number: 52738-506, and his defense counsel, and investigators, during visiting hours, upon defense counsel's request, full access to a private conference room designated for attorney visitation without a glass partition separating defense counsel from Mr. Grosso Guarin, at FDC Miami or any at any other facility in which Mr. Grosso Guarin may be held at pending further proceedings in this case.

DONE AND ORDERED in Miami-Dade, Florida this 8th day of October 2026.

_______________________________
Jacqueline Becerra
United States District Judge