IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20104-JB

UNITED STATES OF AMERICA,
Plaintiff,
v.

JHON JAIRO RAMIREZ GOMEZ,
Defendant.
_______________________________________/

**DEFENDANT JHON JAIRO RAMIREZ GOMEZ'S MOTION TO ADOPT CO-DEFENDANT GROSSO GUARIN'S MOTION FOR ORDER INSTRUCTING FDC MIAMI TO FACILITATE IN-PERSON ATTORNEY- CLIENT VISITS WITH CLIENT- INMATE [D.E. NO. 2100]**

The Defendant, JHON JAIRO RAMIREZ GOMEZ, by and through undersigned counsel, moves this Honorable Court to permit, RAMIREZ-GOMEZ, to adopt Co-Defendant Manuel Antonio Grosso Guarin's Motion for Order Instructing FDC Miami to Facilitate In-Person Attorney-Client Visits with Client-Inmate [D.E. No. 2100]. RAMIREZ-GOMEZ is similarly situated at FDC Miami, and for this same reason counsel hereby files this Motion to Adopt and seeks the same relief.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of October 2026, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

Respectfully submitted,

/s/ *Joseph S. Rosenbaum*

Joseph S. Rosenbaum, Esq.
Florida Bar No.: 240206
ROSENBAUM & ACEVEDO, L.L.P.
100 S.E. 2nd Street, Suite 3400
Miami, Florida 33131
Tel. (305) 446-6099
Fax. (305) 675-6156
Email: jsr@rosenbaumacevedolaw.com