UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20104-JB

UNITED STATES OF AMERICA,
Plaintiff,
vs.

JHON JAIRO RAMIREZ GOMEZ,
Defendant.
_______________________________________/

**ORDER GRANTING DEFENDANT'S, RAMIREZ GOMEZ, MOTION TO ADOPT CO-DEFENDANT GROSSO GUARIN'S MOTION FOR ORDER INSTRUCTING FDC MIAMI TO FACILITATE IN-PERSON ATTORNEY-CLIENT VISITS WITH CLIENT- INMATE [D.E. NO. 2100]**

**THIS CAUSE** having come before the Court on the Defendant, JHON JAIRO RAMIREZ GOMEZ's Motion to Adopt Co-Defendant Gross Guarin's Motion for Order Instructing FDC Miami to Facilitate In-Person, Attorney-Client Visits with Client-Inmate [D.E. No. 2100] and the Court having reviewed said Motion and being otherwise duly advised in the premises, it is,

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

The Federal Bureau of Prisons is hereby directed and required to provide the Defendant, JHON JAIRO RAMIREZ-GOMEZ, Register Number: 52722-506, and his defense counsel, and investigators, during visiting hours, upon defense counsel's request, full access to a private conference room designated for attorney visitation without a glass partition separating defense counsel from RAMIREZ-GOMEZ, at FDC Miami or any at any other facility in which RAMIREZ-GOMEZ may be held at pending further proceedings in this case.

**DONE AND ORDERED** in Chambers in Miami, Florida on this 15th day of

of October, 2026.

_______________________________________
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE